IN THE UNITED STATES DISTRICT COURT

FOR THE NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| MERRICK JOSE MOORE,<br><br>             Plaintiff,<br><br>        v.<br><br>L. STEPP, et al.,<br><br>             Defendants. | Case No.: C 11-5395 CW (PR)<br><br>ORDER DIRECTING ALL PARTIES TO NOTIFY COURT OF CONSENT OR DECLINATION TO PROCEED BEFORE UNITED STATES MAGISTRATE JUDGE |

No later than <u>fourteen</u> days from the date of this Order, all parties shall consent **OR** decline to proceed before a United States Magistrate Judge by signing and returning this notice to the Court.

**CONSENT TO PROCEED BEFORE A UNITED STATES MAGISTRATE JUDGE**

In accordance with the provisions of Title 28, U.S.C. Section 636(c), the undersigned party hereby voluntarily consents to have a United States Magistrate Judge conduct any and all further proceedings in the case, including trial, and order the entry of a final judgment.  Appeal from the judgment shall be taken directly to the United States Court of Appeals for the Ninth Circuit.

**PLAINTIFF:**

Plaintiff consents to the assignment of (<u>check one</u>):

\_\_\_\_\_ Any Magistrate Judge

\_\_\_\_\_ Magistrate Judge Nandor Vadas

\_\_\_\_\_ Magistrate Judges (fill in names): _____

_____

Dated: _____        Signature: _____

**DEFENDANT(S):**

All Defendants consent to the assignment of (<u>check one</u>):

_____ Any Magistrate Judge

_____ Magistrate Judge Nandor Vadas

_____ Magistrate Judges (fill in names): _____
_____

Dated: _____          Signature: _____
                                      (Defendant(s)' Counsel)


**DECLINATION TO PROCEED BEFORE A UNITED STATES MAGISTRATE JUDGE**

**PLAINTIFF:**

Plaintiff declines to consent to the assignment of this case to a United States Magistrate Judge.

Dated: _____          Signature: _____

**DEFENDANT(S):**

One or more Defendants declines to consent to the assignment of this case to a United States Magistrate Judge.

Dated: _____          Signature: _____
                                      (Defendant(s)' Counsel)

    IT IS SO ORDERED.

Dated: 5/1/2013

                            _____
                            CLAUDIA WILKEN
                            United States District Judge