United States District Court

For the Northern District of California

1
2
3
4
5                          UNITED STATES DISTRICT COURT
6                         NORTHERN DISTRICT OF CALIFORNIA
7                                EUREKA DIVISION
8
9   MERRICK JOSE MOORE,                    No. 4:11-CV-05395 CW  (NJV)
10              Plaintiff,                  ORDER SETTING STATUS
                                           CONFERENCE
11        v.
12  L. STEPP, et al.,
13              Defendants.
                                        /
14
15
16        On May 1, 2013, Chief Judge Claudia Wilken referred this case to the undersigned for
17  discovery.  (Doc. 33.)  Accordingly, this case is HEREBY SET for a telephonic status conference on
18  May 21, 2013, at 1:00 pm.  The court will provide Defense Counsel with the telephone number for
19  the parties to use.  Defense counsel is asked to assist the court by coordinating with Corcoran State
20  Prison for the telephonic appearance of Plaintiff.
21  IT IS SO ORDERED.
22
23  Dated:  May 10, 2013
24                                         _____
                                           NANDOR J. VADAS
25                                         United States Magistrate Judge
26
27
28

**United States District Court**
For the Northern District of California

IN THE UNITED STATES DISTRICT COURT

FOR THE NORTHERN DISTRICT OF CALIFORNIA

EUREKA DIVISION

MERRICK JOSE MOORE,

        Plaintiff,

v.

L. STEPP, et al.,

        Defendants.

                                /

No. 4:11-CV-05395 CW  (NJV)

**CERTIFICATE OF SERVICE**

I, the undersigned, hereby certify that on May 10, 2013, I served a true and correct copy of the attached by placing said copy in a postage paid envelope addressed to the person(s) listed below, by depositing said envelope in the U.S. Mail.

Merrick Jose Moore
H82249
Corcoran State Prison
#241
P.O. Box 3461
Corcoran, CA 93212

Litigation Coordinator Mary Kimbrell
Corcoran State Prison
P.O. Box 8800
Corcoran, CA  93212
(by fax also)

Dated: May 10, 2013

/S/   *Linn Van Meter*
Linn Van Meter
Administrative Law Clerk to the
Honorable Nandor J. Vadas