IN THE UNITED STATES DISTRICT COURT

FOR THE NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| MERRICK JOSE MOORE,<br><br>    Plaintiff,<br><br>  v.<br><br>L. STEPP, et al.,<br><br>    Defendants.<br>_____/ | No. C 11-5395 CW (PR)<br><br>ORDER GRANTING LIMITED EXTENSION OF TIME TO FILE OPPOSITION TO DEFENDANT KRENKE'S MOTION TO DISMISS<br><br>(Docket no. 37) |

    By order filed May 1, 2013, the Court directed Plaintiff to respond, within fourteen days, to Defendant Krenke's motion to dismiss the claims against him as unexhausted.  Plaintiff has filed a request for an extension of time of sixty days to file his response.  The Court finds such extension unwarranted; Plaintiff will be granted a limited extension of time to file his response to the motion to dismiss by no later than July 1, 2013.  Defendant Krenke shall file a reply by no later than July 15, 2013.  The motion will be deemed submitted for review on the date the reply brief is due.

    This Order terminates Docket no. 37.

    IT IS SO ORDERED.

Dated: 5/22/2013

CLAUDIA WILKEN
United States District Judge