IN THE UNITED STATES DISTRICT COURT

FOR THE NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| **MERRICK JOSE MOORE,**<br><br>Plaintiff,<br><br>v.<br><br>**L. STEPP, et al.,**<br><br>Defendants. | Case No. C 11-5395 CW (NJV) (PR)<br><br>**ORDER OF COURT REQUIRING PRISON OFFICIALS TO PROVIDE PLAINTIFF MERRICK JOSE MOORE (CDCR NO. H-982249) AT LEAST FOUR HOURS OF TIME IN THE PRISON LAW LIBRARY BEFORE AUGUST 1, 2013.**<br><br>Judge:   The Honorable Magistrate Judge Nandor J. Vadas<br><br>Action Filed:   November 8, 2011 |

On July 26, 2013, this Court concluded a discovery hearing in this case. To assist the Plaintiff, Merrick Jose Moore (CDCR No. H-982249), in meeting the discovery deadline, the Court hereby orders the officials at Corcoran State Prison to provide Mr. Moore with a minimum of four hours in the prison law library before August 1, 2013.

IT IS SO ORDERED.

Dated:   ____July 26, 2013_____       _____
                                                                                   NANDOR J. VADAS
                                                                                   Honorable Magistrate Judge
                                                                                   United State District Court
                                                                                   Northern District of California

1

Order Of Court Granting Pl. Merrick Jose Moore Library Time (C 11-5395 CW (NJV) (PR))