1

2

3

4

5

6

7

8                          IN THE UNITED STATES DISTRICT COURT

9                        FOR THE NORTHERN DISTRICT OF CALIFORNIA

10

11

| | |
|---|---|
| **MERRICK JOSE MOORE,** | Case No. C 11-5395 CW (NJV) (PR) |
| Plaintiff, | **[~~PROPOSED~~] ORDER DENYING PLAINTIFF'S REQUEST FOR A PROTECTIVE ORDER** |
| **v.** | |
| | Judge:          The Honorable Magistrate Judge Nandor J. Vadas |
| **L. STEPP,  et al.,** | |
| Defendants. | Action Filed:     November 8, 2011 |

18        On July 26, 2013, this Court concluded a discovery hearing to address Plaintiff Merrick

19   Jose Moore's request for a protective order in this case.  The persons Plaintiff names in his

20   motion for protective order are not defendants in this action.  Based on this and on the other

21   arguments of the parties, the Court finds that it lacks jurisdiction to issue the protective order.

22   The court accordingly denies Plaintiff's request for a protective order.

23        IT IS SO ORDERED.

24   Dated:  ____July 26, 2013_____

25                                                    _____
                                                      NANDOR  J. VADAS
                                                      Honorable Magistrate Judge
26                                                    United State District Court
                                                      Northern District of California

27

28

1