IN THE UNITED STATES DISTRICT COURT

FOR THE NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| **MERRICK JOSE MOORE,**<br><br>Plaintiff,<br><br>v.<br><br>**L. STEPP, et al.,**<br><br>Defendants. | Case No. C 11-5395 CW (NJV) (PR)<br><br>**[PROPOSED] ORDER DENYING PLAINTIFF'S REQUEST FOR A PROTECTIVE ORDER**<br><br>Judge:   The Honorable Magistrate Judge Nandor J. Vadas<br><br>Action Filed:   November 8, 2011 |

 On July 26, 2013, this Court concluded a discovery hearing to address Plaintiff Merrick Jose Moore's request for a protective order in this case. The persons Plaintiff names in his motion for protective order are not defendants in this action. Based on this and on the other arguments of the parties, the Court finds that it lacks jurisdiction to issue the protective order. The court accordingly denies Plaintiff's request for a protective order.

 IT IS SO ORDERED.

Dated: ____July 26, 2013_____

 _____
 NANDOR J. VADAS
 Honorable Magistrate Judge
 United State District Court
 Northern District of California

1

[Proposed] Order Denying Pl.'s Req. for Protective Order (C 11-5395 CW (NJV)(PR))