IN THE UNITED STATES DISTRICT COURT

FOR THE NORTHERN DISTRICT OF CALIFORNIA

OAKLAND DIVISION

| | |
|---|---|
| **MERRICK JOSE MOORE,** | Case No. C 11-5395 CW (PR) |
| Plaintiff, | **[PROPOSED] ORDER GRANTING DEFENDANTS' MOTION TO CHANGE TIME TO FILE MOTION FOR SUMMARY JUDGMENT** |
| v. | |
| **L. STEPP, et al.,** | |
| Defendants. | |

Defendants L. Stepp, T. Krenke, C. Gill, and J. DeAnzo (Defendants) filed a motion to extend the Court's briefing schedule for dispositive motions, up to and including September 24, 2013, in which to file a motion for summary judgment. The Court has read and considered Defendants' motion and the accompanying declaration of counsel, and finds that good cause exists to grant the motion.

Accordingly, IT IS ORDERED that Defendants' motion for an extension of time is GRANTED, and that the time for Defendants to file a motion for summary judgment is extended, up to and including September 24, 2013. Plaintiff's opposition brief must be filed and served no later than October 24, 2013 and if Defendants wish to file a the reply brief, it must be filed and

///

1

[Proposed] Order Grant'g Defs.' Mot. Extend Time (C 11-5395 CW (PR))

1   served no later than November 8, 2013.

3   Dated: ___9/4/2013_____          *[signature]*
                                                    The Honorable Claudia Wilken
4                                                   United States District Judge
                                                    Northern District of California

2