IN THE UNITED STATES DISTRICT COURT

FOR THE NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| MERRICK JOSE MOORE,<br><br>    Plaintiff,<br><br>  v.<br><br>L. STEPP, et al.,<br><br>    Defendants.<br>_____/ | C 11-05395 CW (PR)<br><br>ORDER DENYING PLAINTIFF'S REQUEST FOR RETURN OF PROPERTY AND GRANTING REQUEST FOR EXTENSION OF TIME<br><br>Docket No. 95 |

    Plaintiff, a state prisoner currently incarcerated at High Desert State Prison (HDSP), filed a pro se civil rights action pursuant to 42 U.S.C. § 1983, alleging the violation of his constitutional rights by correctional officers at Salinas Valley State Prison (SVSP), where he was incarcerated previously. On September 24, 2013, Defendants filed a motion for summary judgment. Plaintiff then filed various discovery motions and motions for extensions of time. Plaintiff's opposition was due on March 11, 2014. On February 3, 2014, Plaintiff filed the instant document entitled, "Request for a Court Order to Receive His Legal Property." Doc. no. 95. In this document, Plaintiff indicates that he cannot file his opposition on time because officials at HDSP, where he was recently transferred, have refused to release his legal property to him. Plaintiff requests that the Court issue an order for the release of his property or, in the alternative, grant him an extension of time to file his opposition.

Because the Court lacks jurisdiction over officials at HDSP, it grants Plaintiff's alternate request for an extension of time to file his opposition. Plaintiff's opposition is now due on April 11, 2014. Defendants' reply is due fourteen days thereafter.

## CONCLUSION

Based on the foregoing, the Court orders as follows:

1. Plaintiff's request for return of property is denied and his request for an extension of time to file his opposition is granted. (Doc. no. 95).

2. Plaintiff's opposition to the motion for summary judgment is due on April 11, 2014. Defendants' reply is due two weeks thereafter.

3. The Clerk of the Court shall mail this Order to the Litigation Coordinator at HDSP who is requested to ensure that Plaintiff receives his legal materials in order to respond to Defendants' motion for summary judgment.

4. This Order terminates docket number 95.

IT IS SO ORDERED.

Dated: 3/10/2014

CLAUDIA WILKEN
United States District Judge