IN THE UNITED STATES DISTRICT COURT

FOR THE NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| MERRICK JOSE MOORE,<br><br>    Plaintiff,<br><br>  v.<br><br>L. STEPP, et al.,<br><br>    Defendants.<br>_____/ | C 11-05395 CW (PR)<br><br>ORDER GRANTING MOTION TO FILE SUR-REPLY<br><br>Docket No. 103 |

    Plaintiff, a state prisoner currently incarcerated at High Desert State Prison (HDSP), filed a pro se civil rights action pursuant to 42 U.S.C. § 1983, alleging the violation of his constitutional rights by correctional officers at Salinas Valley State Prison (SVSP), where he was incarcerated previously.  On September 24, 2013, Defendants filed a motion for summary judgment.  Plaintiff then filed various discovery motions and motions for extensions of time.  On March 10, 2014, Plaintiff filed his opposition and, on March 24, 2010, Defendants filed a reply.  On April 8, 2014, Plaintiff filed the instant document entitled, "Motion for Extension of Time to File Response to Reply," which the Court construes as a request to file a sur-reply.

    Pursuant to Local Civil Rule 7-3(d), once a reply if filed, no additional memoranda, papers or letters may be filed without prior Court approval.  Because the motion, opposition and reply in this case have been filed, a response to Defendants' reply is not

warranted.  However, in the interests of justice, the Court will allow Plaintiff to file a short sur-reply.  The sur-reply may be no longer than three pages in length and should only address issues raised in Defendants' reply.  Plaintiff's sur-reply is due three weeks from the date of this Order.  If the sur-reply is not filed within this time, it will not be accepted for filing.  No extensions of time pertaining to filing the sur-reply will be entertained.

This Order terminates docket number 103.

IT IS SO ORDERED.

Dated:  4/10/2014

CLAUDIA WILKEN
United States District Judge