United States District Court
For the Northern District of California

1

2

3                    IN THE UNITED STATES DISTRICT COURT

4                 FOR THE NORTHERN DISTRICT OF CALIFORNIA

5

6

7                                      Case No.: C 11-5395 CW (PR)
MERRICK JOSE MOORE,
8                                      ORDER APPOINTING COUNSEL
            Plaintiff,
9
      v.
10
L. STEPP, et al.,
11
            Defendants.
12

13

14      Plaintiff Merrick Jose Moore, an inmate at High Desert State

15 Prison, filed a pro se civil rights action pursuant to 42 U.S.C.

16 § 1983 alleging that staff at Salinas Valley State Prison, where

17 he was formerly incarcerated, violated his constitutional rights.

   Because Plaintiff is in need of counsel to assist him in this
18
   matter and volunteer counsel is willing to be appointed to
19
   undertake this representation at the request of the Federal Pro
20
   Bono Project, Tim Alger and Julie E. Schwartz from the law firm of
21
   Perkins Coie LLP, 3150 Porter Drive, Palo Alto, California, 94304-
22
   1212, are hereby appointed as counsel for Plaintiff in this
23
   matter.  The scope of this referral shall be for all purposes for
24
   the duration of this case.
25
        Counsel shall be familiar with General Order No. 25 and the
26
   Federal Pro Bono Project Guidelines posted on the Court's website.
27

28

The Clerk of the Court shall mail a copy of this Order to
Plaintiff and to appointed counsel.

    IT IS SO ORDERED.

Dated: 6/19/2014

CLAUDIA WILKEN
UNITED STATES DISTRICT JUDGE

United States District Court
For the Northern District of California