UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

MERRICK JOSE MOORE,

    Plaintiff,

  v.

L. STEPP, et al.,

    Defendants.

Case No.  11-cv-05395-CW   (NJV)

**REPORT OF PRO SE PRISONER EARLY SETTLEMENT PROCEEDING**

A settlement conference was held on November 5, 2014 at Solano State Prison, and the results of that proceeding are indicated below:

(1) The following individuals, parties, and/or representatives participated in the proceeding, and each possessed the requisite settlement authority:

    ( X )  Plaintiff and Plaintiff's Counsel, Timothy Alger and Julie Schwartz

    (   )  Warden or warden's representative

    ( X )  Office of the California Attorney General, Virginia Pappan

    ( X )  Other:  Suzanne Pyne for California Department of Corrections and Rehabilitation

(2) The following individuals, parties, and/or representatives did not appear:

_____

(3) The outcome of the proceeding was:

    (   ) The case has been completely settled.  The parties agree that a proposed stipulated order for dismissal of this case will be filed with the Court on _____.

    (   ) The case has been partially resolved and counsel for defendants shall file a joint stipulation regarding those claims which have been resolved.  The issues outlined on the sheet

1   attached remain for this Court to resolve.

2   ( X )  The parties are unable to reach an agreement at this time.  A telephonic status
3   hearing regarding Plaintiff's medical evaluation is scheduled for December 9, 2014.  Parties
4   are instructed to dial 888-684-8852 and enter access code 1868782 to make their appearances.

5   **IT IS SO ORDERED.**

6   Dated: 12/2/14

_____
NANDOR J. VADAS
United States Magistrate Judge

2