UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

EUREKA DIVISION

| | |
|---|---|
| MERRICK JOSE MOORE,<br><br>　　　　Plaintiff,<br><br>　　v.<br><br>L. STEPP, et al.,<br><br>　　　　Defendants. | Case No.  11-cv-05395-CW   (NJV)<br><br>**ORDER RE SETTLEMENT CONFERENCE IN PRO SE PRISONER EARLY SETTLEMENT PROGRAM**<br><br>Re: Dkt. No. 131 |

TO ALL PARTIES AND COUNSEL OF RECORD:

A settlement conference is scheduled in this case for 10:00 a.m. on December 22, 2015 in Courtroom D of Federal Courthouse at 450 Golden Gate Avenue in San Francisco.  Plaintiff, who is represented by counsel, shall be available by telephone.  Plaintiff's counsel shall arrange for Plaintiff to call into the settlement conference by dialing 888-684-8852 and entering access code 1868782.

Lead trial counsel shall appear at the settlement conference, with the parties and persons having full authority to negotiate and settle the case.  A person who needs to call another person not present before agreeing to any settlement does not have full authority.  To the extent that such consultations are necessary, they must be made in advance of the settlement conference.

Personal attendance of a party representative will rarely be excused by the Court, and then only upon separate written application demonstrating substantial hardship served on opposing counsel and lodged as early as the basis for the hardship is known.

Confidential settlement conference statements shall be mailed or emailed (NJVpo@cand.uscourts.gov) to and received by chambers no later than December 15, 2015.

**Any request to continue the settlement conference shall state the reason therefor and be submitted in writing as soon as possible well in advance of the scheduled conference date.** Requests to continue the settlement conference past the deadline set by the referring Judge must be addressed to the referring Judge. Requests to vacate the settlement referral must also be made to the referring Judge.

The parties shall notify the undersigned's Chambers immediately at (707) 445-3612 if this case settles prior to the date set for the settlement conference.

**IT IS SO ORDERED**.

Dated:  October 28, 2015

_____
NANDOR J. VADAS
United States Magistrate Judge