**GREENBERG TRAURIG, LLP**
TIMOTHY L. ALGER (SBN 160303)
 *algert@gtlaw.com*
SHAUN A. HOTING (SBN 260656)
 *hotings@gtlaw.com*
3161 Michelson Drive, Suite 1000
Irvine, CA  92612
Telephone: (949) 732-6500
Facsimile: (949) 732-6501

Attorneys for Plaintiff
MERRICK JOSE MOORE

# UNITED STATES DISTRICT COURT

# NORTHERN DISTRICT OF CALIFORNIA, SAN FRANCISCO DIVISION

| | |
|---|---|
| MERRICK JOSE MOORE,<br><br>           Plaintiff,<br><br>v.<br><br>L. STEPP, et al.,<br><br>           Defendants. | CASE NO. 4:11-cv-05395-CW (NJV)<br><br>[Assigned to Hon. Claudia Wilken, Courtroom 2]<br><br>**NOTICE OF WITHDRAWAL AND SUBSTITUTION OF COUNSEL FOR PLAINTIFF, MERRICK JOSE MOORE; [PROPOSED] ORDER**<br><br>ACTION FILED:     November 8, 2011 |

**PLEASE TAKE NOTICE** that Plaintiff, Merrick Jose Moore, has retained Greenberg Traurig, LLP to substitute as counsel for Perkins Coie LLP in the above-captioned matter.

Withdrawing counsel for Plaintiff, Merrick Jose Moore, are:

        Timothy L. Alger, Esq.
        Julie Erin Schwartz, Esq.
        Michael Burshteyn, Esq.
        Perkins Coie LLP
        3150 Porter Drive
        Palo Alto, CA  94304
        Telephone No.:  650-838-4300
        Fax:  650-838-4350
        E-Mails:    talger@perkinscoie.com
                          jschwartz@perkinscoie.com
                          mburshteyn@perkinscoie.com

All pleadings, orders and notices should henceforth be served upon the following substituted counsel for Plaintiff, Merrick Jose Moore:

        Timothy L. Alger, Esq.
        Shaun A. Hoting, Esq.
        Greenberg Traurig, LLP
        3161 Michelson Drive
        Suite 1000
        Irvine, CA  92612
        Telephone No.:  949-732-6500
        Fax:  949-732-6501
        E-Mails:    Algert@gtlaw.com
                         Hotings@gtlaw.com

The undersigned parties consent to the above withdrawal and substitution of counsel.

DATED: February 23, 2016

By _____
MERRICK JOSE MOORE

DATED: February 23, 2016                    PERKINS COIE LLP

By _____
Julie Erin Schwartz

DATED: February 23, 2016                    GREENBERG TAURIG, LLP

By _____
Timothy L. Alger
Shaun A. Hoting
Attorneys for Plaintiff, MERRICK JOSE MOORE

I hereby attest that I obtained concurrence in the filing of this document from each of the other signatories on this e-filed document.

DATED: February 23, 2016                    GREENBERG TAURIG, LLP

By _____
Timothy L. Alger
Shaun A. Hoting
Attorneys for Plaintiff, MERRICK JOSE MOORE

The above withdrawal and substitution of counsel is approved and so ORDERED.

Dated: March 24, 2016

_____
Hon. Claudia Wilken
Senior United States District Judge

## CERTIFICATE OF SERVICE

I, Timothy L. Alger, an attorney, hereby certify that on March 15, 2016, I caused a complete and accurate copy of the foregoing document to be served via this Court's ECM/ECF notification system, which will serve electronically to all participants in the case.

*/s/ Timothy L. Alger*